## ORDER

PER CURIAM

**AND NOW,** this 5th day of July, 2017, the Petition for Allowance of Appeal is **DENIED.**

■

**COMMONWEALTH of Pennsylvania,**
Respondent

v.

**Tom Hal CORNELISON, III, Petitioner**

No. 14 WAL 2017

Supreme Court of Pennsylvania.

July 6, 2017

## ORDER

PER CURIAM

**AND NOW,** this 6th day of July, 2017, the Petition for Allowance of Appeal is **DENIED.**

■

**COMMONWEALTH of Pennsylvania,**
Petitioner

v.

**Ethan Stewart KENNEY, Respondent**

No. 63 WAL 2017

Supreme Court of Pennsylvania.

July 6, 2017

## ORDER

PER CURIAM

**AND NOW,** this 6th day of July, 2017, the Petition for Allowance of Appeal is **DENIED.**

■

**COMMONWEALTH of Pennsylvania,**
Respondent

v.

**Dante Cochise CARTER, Petitioner**

No. 140 WAL 2017

Supreme Court of Pennsylvania.

July 6, 2017

## ORDER

PER CURIAM

**AND NOW,** this 6th day of July, 2017, the Petition for Allowance of Appeal is **DENIED.**

■

**COMMONWEALTH of Pennsylvania,**
Respondent

v.

**Jeron BROWN, Petitioner**

No. 522 WAL 2016

Supreme Court of Pennsylvania.

July 6, 2017

## ORDER

PER CURIAM

AND NOW, this 6th day of July, 2017, the Petition for Allowance of Appeal is **DENIED**.

**ZION BULLITT AVENUE LIMITED PARTNERSHIP, Petitioner**

v.

**WESTMORELAND COUNTY TAX CLAIM BUREAU, Respondent**

v.

**Moween Trust, Respondent**

Re: Tax Map No. 29–01–10–0–156

No. 45 WAL 2017

Supreme Court of Pennsylvania.

July 6, 2017

## ORDER

PER CURIAM

AND NOW, this 6th day of July, 2017, the Application for Leave to Supplement Petition for Allowance of Appeal is **GRANTED** and the Petition for Allowance of Appeal is **DENIED**.

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Casey Lynn LESLIE, Petitioner**

No. 42 WAL 2017

Supreme Court of Pennsylvania.

July 6, 2017

## ORDER

PER CURIAM

AND NOW, this 6th day of July, 2017, the Petition for Allowance of Appeal is **DENIED**.

**Janet ADAMS and Robert Adams, Her Husband, Petitioners**

v.

**David A. REESE and Karen C. Reese, Respondents**

No. 132 WAL 2017

Supreme Court of Pennsylvania.

July 6, 2017

